UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 KARIM KOUBRITI, and
D-2 AHMED HANNAN,

    Defendants.

CRIMINAL NO. 01-80778

HON. GERALD E. ROSEN

## GOVERNMENT MOTION AND ORDER TO DISMISS THIRD SUPERSEDING INDICTMENT WITHOUT PREJUDICE

As a result of the Grand Jury having returned a Fourth Superseding Indictment on December 15, 2004, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Government hereby moves this Honorable Court for leave to dismiss without prejudice the Third Superseding Indictment as to all defendants.

CRAIG S. MORFORD
United States Attorney

IT IS SO ORDERED.

HON. GERALD E. ROSEN
United States District Judge

Dated: JAN